to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Prew Savoy* for petitioner. *Attorney General Jackson, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *Arnold Raum* for respondent.

No. 859. REBHUHN ET AL. *v.* UNITED STATES. May 6, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Arthur Garfield Hays* for petitioners. *Solicitor General Biddle, Assistant Attorney General Rogge,* and *Messrs. William W. Barron, George F. Kneip,* and *W. Marvin Smith* for the United States.

No. 860. WILLIAMS, ADMINISTRATOR, *v.* UNITED STATES. May 6, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Guy L. Webb* for petitioner. *Solicitor General Biddle* and *Messrs. Julius C. Martin, Wilbur C. Pickett, Young M. Smith,* and *W. Marvin Smith* for the United States.

No. 866. TEXAS NATURAL GAS UTILITIES *v.* CITY OF EL CAMPO ET AL. May 6, 1940. Petition for writ of certiorari to the Court of Civil Appeals, 1st Supreme Judicial District, of Texas, denied. *Mr. Irl F. Kennerly* for petitioner. *Mr. Donald M. Duson* for respondents.

No. 869. WALTON *v.* SUTTON & Co., INC. May 6, 1940. Petition for writ of certiorari to the Supreme Court of Appeals of Virginia denied. *Mr. George W. Reilly* for petitioner. *Messrs. Guy B. Hazelgrove* and *Ralph T. Catterall* for respondent.